[Counsel listed on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ARTURO SALGADO, individually and on behalf of all others similarly situated, | **Case No. 1:13-CV-798-LJO-SMS**<br>Assigned to Honorable Lawrence J. O'Neill |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE SCHEDULING CONFERENCE** |
| LAND O'LAKES, INC., and DOES 1-25, inclusive, | |
| Defendants. | Complaint Filed: April 12, 2013 |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
(415) 591-1000
(415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendant
LAND O'LAKES, INC.

Neal J. Fialkow
Law Office of Neal J. Fialkow Inc.
215 North Marengo Avenue, Third Floor
Pasadena, CA 91101
Tel: 626-584-6060
Email: njfialkow@sbcglobal.net

Aaron C. Gundzik
Gartenberg Gelfand Hayton & Selden LLP
801 S. Figueroa St., Suite 2170
Los Angeles, CA 90017
Tel: 213-542-2100
Email: agundzik@gghslaw.com

Sahag Majarian II
Law Office of Sahag Majarian, II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: 818-609-0807
Email: sahagii@aol.com

Attorneys for Plaintiff
ARTURO SALGADO

THIS STIPULATION is hereby entered into by and between Plaintiff Arturo Salgado, ("Plaintiff") and Defendant Land O'Lakes, Inc. ("Defendant" and/or "LOL") (collectively referred to as the "Parties"), by and through their respective counsel of record.

## **RECITALS**

**WHEREAS,** on August 28, 2013, the Parties appeared for their initial scheduling conference;

**WHEREAS,** on August 28, 2013, after the scheduling conference, the Court entered a minute order continuing the scheduling conference until November 20, 2013, at 9:30 a.m. and ordering the Parties to file an amended joint scheduling report on November 13, 2013, that schedules the case "with a better focus on scope/depth of discovery issues" (Dkt. 11);

**WHEREAS,** on November 6, 2013, Defendant timely served its discovery responses to Plaintiff's first sets of requests for production of documents and special interrogatories, as well as a document production;

**WHEREAS,** the Parties have met and conferred and agreed that it would be beneficial for the Parties to have more time to consider the status of discovery and reassess the schedule before meeting and conferring to draft the amended joint scheduling report;

**NOW, THEREFORE,** the Parties hereby stipulate to and request an Order setting forth the following:

1. The scheduling conference currently set for November 20, 2013, at 9:30 a.m. will be continued until December 16, 2013, or another date agreeable to the Court in December but prior to December 20, 2013; and

2. The Parties' amended joint scheduling report will be due December 9, 2013, or one full week prior to the date chosen by the Court, until which to continue the scheduling conference.

///
///
///
///

Dated: November 11, 2013         **GARTENBERG GELFAND HAYTON & SELDEN LLP**

By: */s/ Aaron C. Gundzik* (as authorized on November 11, 2013)
    Aaron C. Gundzik
    Attorneys for Plaintiffs
    Arturo Salgado, Individually and on behalf of
    all others similarly situated

Dated: November 11, 2013         **WINSTON & STRAWN LLP**

By: /s/ *Emilie C. Woodhead*
    Joan B. Tucker Fife
    Emilie C. Woodhead
    Attorneys for Defendant
    LAND O'LAKES, INC.

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

The Scheduling Conference currently set for November 20, 2013, is CONTINUED and will now be held on December 18, 2013, at 10:00 a.m. The joint scheduling report is due no later than December 11, 2013. Telephonic appearances are granted with the parties to initiate a one-line conference call to (559) 499-5690.

Dated: 11/12/2013                /s/ SANDRA M. SNYDER
                                 Honorable Sandra M. Snyder
                                 United States District Court
                                 Eastern District of California