[Counsel listed on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ARTURO SALGADO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAND O'LAKES, INC., and DOES 1-25, inclusive,<br><br>　　　　Defendants. | **Case No. 1:13-CV-798-LJO-SMS**<br>Assigned to Honorable Lawrence J. O'Neill<br><br>**STIPULATION RE CONTINUED SCHEDULING CONFERENCE AND ORDER THEREON**<br><br><br>Complaint Filed: April 12, 2013 |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
(415) 591-1000
(415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
LAND O'LAKES, INC.

Neal J. Fialkow
Law Office of Neal J. Fialkow Inc.
215 North Marengo Avenue, Third Floor
Pasadena, CA 91101
Tel: 626-584-6060
Email: njfialkow@sbcglobal.net

Aaron C. Gundzik
Gartenberg Gelfand Hayton & Selden LLP
801 S. Figueroa St., Suite 2170
Los Angeles, CA 90017
Tel: 213-542-2100
Email: agundzik@gghslaw.com

Sahag Majarian II
Law Office of Sahag Majarian, II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: 818-609-0807
Email: sahagii@aol.com

Attorneys for Plaintiff
ARTURO SALGADO

THIS STIPULATION is hereby entered into by and between Plaintiff Arturo Salgado, ("Plaintiff") and Defendant Land O'Lakes, Inc. ("Defendant" and/or "LOL") (collectively referred to as the "Parties"), by and through their respective counsel of record.

## **RECITALS**

**WHEREAS,** on December 18, 2013, the Court set a continued scheduling conference for February 5, 2014 at 11 a.m. (Dkt. 15);

**WHEREAS,** the Parties have been actively meeting and conferring regarding class certification discovery issues and are continuing to attempt to reach agreement regarding the scope of class certification discovery, timing of Plaintiff's class certification motion and supplemental discovery responses;

**WHEREAS,** the Parties have been actively meeting and conferring regarding amending the complaint to add Kozy Shack as a defendant and expect that Defendant's anticipated discovery response (which Defendant will serve later this week) will obviate Plaintiff's need to amend the complaint;

**WHEREAS,** the Parties have met and conferred and agreed that it would be beneficial for the Parties to have more time to consider the status of discovery and reassess the schedule before the next scheduling conference and before preparing an amended joint scheduling report;

**NOW, THEREFORE**, the Parties hereby stipulate to and request an Order setting forth the following:

1. The continued scheduling conference currently set for February 5, 2014 at 11 a.m. is continued until February 24, 2014 or another later date agreeable to the Court for the parties to continue meet and confer efforts;

2. The Parties' second amended joint scheduling report shall be filed 5 court days before the continued scheduling conference; and

3. The deadline to file a stipulation with an amended complaint or a motion to file an amended complaint is continued to 3 court days before the continued scheduling conference.

///

Dated:  January 28, 2014             GARTENBERG GELFAND HAYTON
                                     & SELDEN LLP


                                     By: /s/ *Aaron C. Gundzik* (as authorized on January 28, 2014)
                                           Aaron C. Gundzik

                                     Attorneys for Plaintiff Arturo Salgado, individually and on
                                     behalf of all others similarly situated

Dated:  January 28, 2014             WINSTON & STRAWN LLP


                                     By: /s/ *Emilie C. Woodhead*
                                           Joan B. Tucker Fife
                                           Emilie C. Woodhead

                                     Attorneys for Defendant Land O' Lakes, Inc.


## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED**:

The Scheduling Conference is continued to March 5, 2014, at 11:00 AM. Telephonic appearances are permitted.

Dated: 1/28/2014                     /s/ SANDRA M. SNYDER
                                     Honorable Sandra M. Snyder
                                     United States Magistrate Judge
                                     Eastern District of California