1  Counsel listed on the following page

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| ARTURO SALGADO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>LAND O'LAKES, INC., KOZY SHACK ENTERPRISES, INC., and DOES 1-25, inclusive,<br><br>   Defendants. | **Case No. 1:13-cv-00798-LJO-SMS**<br>Assigned to Honorable Lawrence J. O'Neill and the Honorable Sandra M. Snyder<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE OF PUTATIVE CLASS CLAIMS**<br><br>Complaint filed April 12, 2013<br>First Amended Complaint filed September 16, 2014 |
|---|---|

NEAL J. FIALKOW (SBN: 74385)
LAW OFFICE OF NEAL J. FIALKOW INC.
215 North Marengo Avenue, Third Floor
Pasadena, CA 91101
Telephone: (626) 584-6060
Facsimile: (626) 584-2950
Email: njfialkow@sbcglobal.net

AARON C. GUNDZIK (SBN: 132137)
REBECCA G. GUNDZIK (SBN: 138446)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Blvd. Suite 1920
Sherman Oaks, CA 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
Email: agundzik@gghslaw.com
Email: rgundzik@gghslaw.com

SAHAG MAJARIAN II (SBN: 146621)
LAW OFFICE OF SAHAG MAJARIAN, II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: 818-609-0807
Facsimile: (828) 609-0892
Email: sahagii@aol.com

Attorneys for Plaintiff
ARTURO SALGADO

JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
EMILY C. SCHUMAN (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
(415) 591-1000
(415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendants
LAND O'LAKES, INC. and KOZY SHACK
ENTERPRISES, LLC (erroneously sued
and served as Kozy Shack Enterprises, Inc.)

2

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT
PREJUDICE OF PUTATIVE CLASS CLAIMS
CASE NO. 1:13-cv-00798-LJO-SMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's February 9, 2016 Minute Order (dkt. 67), Plaintiff Arturo Salgado and Defendants Land O'Lakes, Inc. and Kozy Shack Enterprises, LLC (erroneously sued and served as Kozy Shack Enterprises, Inc.) hereby stipulate to dismiss the above-captioned action in its entirety.  Plaintiff's individual claims shall be dismissed with prejudice and the putative class claims shall be dismissed without prejudice. Pursuant to the Court's aforementioned Minute Order, the parties submit this stipulation with a Proposed Order for the Court's approval.

Dated: February 29, 2016            **GARTENBERG GELFAND HAYTON LLP**

                                    By:   */s/ Aaron Gundzik* (as authorized on February 29, 2016)
                                          Aaron Gundzik

Dated: February 29, 2016            **WINSTON & STRAWN LLP**

                                    By:   */s/ Joan B. Tucker Fife*
                                          Joan B. Tucker Fife

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

IT IS SO ORDERED.

   Dated:   **March 1, 2016**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE OF PUTATIVE CLASS CLAIMS
CASE NO. 1:13-cv-00798-LJO-SMS